AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zainey, Jay C. | USDC, Eastern District of LA | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

500 Poydras Street
C-455
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Active Participant | God's Special Children |
| 2. | Active Participant | Homeless Experience Legal Protection (HELP) Program |
| 3. | President | St. Andrew's Village |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Film Payment Services, Inc. | $13.74 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | 04/19/2013-04/20/2013 | Biloxi, MS | Seminar Lecture | Travel |
| 2. | Louisiana State Bar Association | 06/04/2013-06/07/2013 | Destin, FL | Seminar Lecture | Travel |
| 3. | Federal Bar Association | 06/16/2013-06/20/2013 | Boston, MA | Seminar Lecture | Travel |
| 4. | Florida Bar Association | 06/26/2013-06/27/2013 | Boca Raton, FL | Seminar Lecture | Travel |
| 5. | American Bar Association | 09/25/2013-09/26/2013 | Chicago, IL | Seminar Lecture | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mr. & Mrs. Tom Benson | New Orleans Saints Tickets | $680.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First NBC | Continuing Guarantee regarding loan to St. Andrew's Village | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Metairie, LA | E | Rent | N | W | | | | | |
| 2. Rental Property #2, New Orleans, LA | E | Rent | M | W | | | | | |
| 3. Rental Property #3, New Orleans, LA | E | Rent | M | W | | | | | |
| 4. JP Morgan Accounts (4) | A | Interest | K | T | | | | | |
| 5. Capital One Accounts (3) | | None | J | T | | | | | |
| 6. First NBC Bank (3) | B | Interest | M | T | | | | | |
| 7. Hibernia Investments LLC | | None | J | T | | | | | |
| 8. Sun Life Financial - Fixed Premium Whole Life #1 | | None | M | T | | | | | |
| 9. Sun Life Financial - Fixed Premium Whole Life #2 | A | Interest | K | T | | | | | |
| 10. Sun Life Financial - Fixed Premium Whole Life #3 | A | Interest | J | T | | | | | |
| 11. Transamerica Life Ins Co | E | Interest | N | T | | | | | |
| 12. Sun Life Assurance Company - Retirement Annuity #1 | C | Interest | L | T | | | | | |
| 13. Jackson National Life Ins - Retirement Annuity #1 | | None | K | T | | | | | |
| 14. Jackson National Life Ins - Retirement Annuity #2 | B | Interest | K | T | | | | | |
| 15. Jackson National Life Ins - Retirement Annuity #3 | B | Interest | K | T | | | | | |
| 16. Jackson National Life Ins - Retirement Annuity #4 | B | Interest | K | T | | | | | |
| 17. Jackson National Life Ins - Retirement Annuity #5 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zainey, Jay C. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jackson National Life Ins - Retirement Annuity #6 | B | Interest | K | T | | | | | |
| 19. Jackson National Life Ins - Retirement Annuity #7 | B | Interest | K | T | | | | | |
| 20. Jackson National Life Ins - Retirement Annuity #8 | A | Interest | K | T | | | | | |
| 21. Jackson National Life Ins - Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 22. IRA #1 - State Street Bank and Trust - JP Morgan | D | Interest | K | T | | | | | |
| 23. IRA #2 - State Street Bank and Trust - JP Morgan | D | Interest | K | T | | | | | |
| 24. Sun Life Financial - Common Stock | A | Dividend | K | T | | | | | |
| 25. Reliance Group Holdings, Inc. - Common Stock | | None | J | T | | | | | |
| 26. United States Antigen Corporation | | None | J | W | | | | | |
| 27. Khoder International Brokerage, LLC - Inactive | | None | J | T | | | | | |
| 28. Sirus XM Radio, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 29. Jackson National Life Ins - Retirement Annuity #10 | A | Interest | J | T | | | | | |
| 30. Jackson National Life Ins - Retirement Annuity #11 | A | Interest | K | T | | | | | |
| 31. Jackson National Life Ins - Retirement Annuity #12 | A | Interest | J | T | | | | | |
| 32. Jackson National Life Ins - Retirement Annuity #13 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VI, Liabilities, pg 4, line 1, creditor information has changed from Hancock Bank to First NBC.

In Part VII, page 5, line 27, "Khoder International Brokerage, LLC" is not a stock brokerage company. It is an LLC formed by several potential partners. There is no business, no assets, no debt, no employees, and has never been active. This copmany remains inactive.

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jay C. Zainey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544